Good morning. Good morning, Your Honors. Arianne Yagman for the Plaintiff Appellants, Mr. Abcarian and the other plaintiffs. The denial of the preliminary injunction is adequately covered in the briefs, and I want to focus on the stay. And with respect to that, an indefinite stay is an abuse of discretion. And so you can't have an indefinite stay as occurred here. And if… What would you have us do? What relief do you seek? Remand to the district court. To do what? To issue an injunction. Well, let's assume… Let's separate the injunction issues for a second. Let's assume that we don't tell the district court to enjoin the ongoing state proceedings or the billing, because there's no record here on which the court can do so. But just assume for a second. Just assume for a moment you don't prevail on your claims that the court erred in not granting your preliminary injunctions. Focus simply on the stay issue. What would you have us do with respect to the stay issue? Well, reverse the district court's decision. And tell the court to do what? To go forward with this litigation. Well, if we send it back, let me be candid with you. It looks to me like you have a bunch of state law claims on which you've thrown on two very questionable federal claims. RICO, which appears to be something, at least in Los Angeles, people file in every complaint, and a 1983 claim that I'm completely unable to understand. If it went back, could the district court say, these two federal claims were just put on for the purpose of getting this case into federal court? They're not very good claims. I'm going to dismiss them, and I'm going to dismiss the whole litigation, because the rest of it's supplemental and it's being taken care of in state court. Well, first of all, Your Honor, respectfully, I disagree with you that RICO isn't a good claim. So you really think in this case, you honestly think that these employees of the Water District are racketeers? I mean, that very much troubles me in your complaint. You've alleged that these employees of the Water District, acting pursuant to existing state law, which may turn out to be invalid, have engaged in acts of racketeering. You really want to stand here and defend that? Well, the facts are the facts, and the facts are that millions of people have, because of what they've done. Look, you may have a wonderful state law claim. They may have collected too much money, and they may be entitled to refunds. You have labeled these civil servants as racketeers. I find that offensive. It's not in front of me right now, so if you want to defend it, go right ahead. But I think a district judge looking at this could well say, there's no racketeering claim here, and there's no 1983 claim here. Now, the judge didn't do that here. The judge was kinder to you. He merely said, let's wait until the state action is over, and then I'll take a look at these federal claims. So my question is, do you want us to give it back to him and let him look at the validity of your federal claims? Well, I think that's what would normally occur. Yes, I think so, yes. What is your section? Would you articulate your section 1983 claim to me? It's a substantive 14th Amendment due process claim of a right to the property that belongs to the plaintiff. So this assessment of these charges pursuant to a state law, apparently this is a practice that's been going on for 100 years, I understand is now challenged under a fairly recent constitutional amendment, but you're claiming that that is somehow a shocks the conscience, substantive due process type of violation that these charges were imposed?  It's a substantive due process of the plaintiff to his property right in the amounts. So taking without due process of law, is that what you're saying? There was an awful lot of law here. I think they have a substantive due process 14th Amendment due process right in their property. Well, I understand. Everybody has a right to their property. The question is, what do you think the government did that violates the 14th Amendment? It quite fraudulently took that after Proposition 26, it fraudulently continued. And that violates the 14th Amendment in your view? I believe so. Can you cite a case for that proposition? Is there any rate taking or taxing case that violates the substantive due process of taking property from people when they've had notice of the rate making process? Well, they don't have notice, do they? Of course they did. Everybody has notice of rate taking. It's a public proceeding. Rates may have been illegal. The transfer of the funds is minimal notice with respect to that, and that's our claim that there should not have been. The transfer of the funds doesn't affect the plaintiffs. It's the taking of the funds that are later transferred that affects the plaintiff. But the funds wouldn't be taken if they weren't going to be transferred to the city. But your claim, your 14th Amendment claim can't relate to the transfer, because they don't have a property right to prevent the use of the funds once they're taken. Your property right argument has to be that they have a 14th Amendment right to the funds not being taken, doesn't it? To keep their money, not to have to pay them. To keep their money, to take their money and keep it. Okay. So tell me in a rate case, that's what I'm having difficulty with. Your Honor, I'm actually going to reserve the rest of my time for the debate. Well, you may want to, but I still want to ask you to answer my question. Tell me, cite me a single case that finds that charging excessive rates to the public for a product by the government is a violation of the 14th Amendment. It becomes so because it violates the California Constitution. That's a state law claim. I'm asking for a federal claim. It's also true that federal due process encompasses rights under a state constitution. Before you sit down, and you can answer this question when you get back up if you want, if your California constitutional claim fails, which is to say if a court finds that what they're doing is perfectly legal under California law, do the rest of your claims also fail? I'd like to take that up after. Think about that. Thank you. Good morning. Ben Chapman from the Los Angeles City Attorney's Office. Let me raise the mic there a little bit. I would like to just first address real quick your point about the RICO claims. I mean, it's you. Well, I might suggest you don't use a bunch of your time on them because the district court could have found, I think, but it didn't. Absolutely. Yes. Can you answer the question I just asked Mrs. Yegman? Are all the claims in this case dependent on the proof that the California Constitution was violated by the practice that's challenged? Absolutely, Your Honor. So Article 13C of the California Constitution, which was added in 2010 by Proposition 26, now defines a tax in the state of California as any levy, charge, or exaction initiated by a local government. So the only way you guys work directly on this, there's nothing illegal about transferring money. City departments transfer money every day in every city. Well, but that's not – that's really not – we're not looking at the legality of the practice. My question is very different. If a court rules in your favor, do all the rest of the plaintiff's claims go away? Absolutely. Okay. And you're in favor on the constitutional issue. Correct. If a court rules against you on the constitutional issue and for the moment put aside which court, whether it's the Superior Court, the California Supreme Court, then their constitutional claims would proceed. They might be rejected, but they would proceed, would they not? They may proceed, but, I mean, they would have no merit. That's correct. Okay. That's not what – that's not the issue. The Colorado River Doctrine seems to say you should only stay a case when the state court proceedings will make the federal proceedings unnecessary. And so if I – in a hypothetical world in which the class in the Superior Court action wins on its constitutional claims, won't there remain work to be done in the federal court, which is to say the evaluation of the plaintiff's, in this case, federal claims? Well, Your Honor, remember, these are class actions. So if they proceed in state court and they are effective in state court or they lose in state court – But the federal claims are not before the state court, correct? There are no RICO or 1983 claims in the state action. No, although there is concurrent jurisdiction over such claims. Rightly. But this class – the people in that one have made a decision, perhaps wisely, not to assert those claims. These folks have made a decision, perhaps wisely or unwisely, that they want to assert those claims. And so my problem with the judge's Colorado River order is that we tell judges you should only issue a Colorado River abstention order when, once the state case is done, your case will be done too. And at least there's a hypothetical set of circumstances here under which the class prevails in the state case where the judge will have more work, the other claims will still remain in this case. They may get adjudicated summarily, they may lose on the merits. So why does Colorado River – that's a long lead-in, I know. Why does Colorado River apply to that set of facts? Because as courts have held, including the Ninth Circuit, there does not need to be identicalness of claims. Every claim does not have to be the same. The issue is whether the core claim is the same. And in this case, the underlying claim here is whether the electric rates violate Article 13C of the Constitution. As we've noted in NACASH, and I want to get to that, and in other cases we cited in our brief, the claims and the parties do not need to be identical. And that, of course, makes sense in the class action context. Otherwise, what you're going to have happen, Your Honor, is you're going to have state court class actions that exist, and then because, for whatever reason, the plaintiff, or more likely a plaintiff's lawyer, is unhappy with that case or they want to get themselves in the mix, then they're just going to move to federal court, they're going to file a federal class action, and they're going to tack on a RICO claim or another claim. But for present purposes, let's assume, and my questions indicated some prior judgment on that one. Let's assume for a moment, and I may be wrong, that these are wonderful 1983 and RICO claims, that if, in fact, you violated the state constitution, you've also violated federal law. Because no court has yet adjudicated that issue. If that were true and you lose on the state constitutional claims, there's a lot of work for the federal judge to do after the state action is over, no? Well, again, what I would get at is one of the factors is, again, focuses on whether state law supplies the ---- Yeah, sure, there are eight or nine factors that we talk about. But don't we say the critical issue, maybe the determinative factor, is whether or not the state court ---- whether or not the final judgment in the state court proceeding will render the federal action unnecessary, as opposed to just inform it. Well, again, I think in this case you've already raised the exact ---- that it will make it unnecessary. Well, I don't know. I gave Ms. Siegman a rough time about it, but it may turn out, because it's not our job to look at these claims, it may turn out these are wonderful federal claims, and that a district judge will look at them and say, my gosh, you're right, there's a substantive due process violation here, or these folks have engaged in racketeering. So it may ---- but that's a question for the district judge in the first instance. But, Your Honor, what I would suggest is that, again, and the cases analyze this, and they're in our brief, and it's one of the factors, is the fact that these federal claims, because there is concurrent jurisdiction over them, they could file this case in court court. No, but they can't file them in the pending class action because that class action is being managed by someone else. Your Honor, they could file a class action. It would then be related, just like the other cases, there's multiple class actions, not just one. There were multiple that were filed. Then they were related before a single judge. If another class action is filed, it would be related just the same. Or they could move to intervene. Or they can move to intervene, right? Or if there is a settlement, and it's not in the record, but this past Monday, a settlement was reached between the parties, and it has now been filed for preliminary approval. Why aren't they entitled to style this claim as they deem appropriate? Yeah, they could do other things. But why, as the price of getting into federal court and staying there, do they have to create a group of claims that you think they should have when they don't want to? I mean, they're the masters of their complaint. Why do they have to do it a certain way in order to stay in federal court? Your Honor, they can stay in federal court. All I'm suggesting is that let's let a state court judge decide a fundamental state court issue. Well, for purposes of Colorado River abstention, there's no real distinction between a stay and a dismissal. The black letter law on that is pretty clear, right? I believe so. I believe the court could have dismissed the case, but they chose to stay. You just said something that fascinates me, and so I want to ask both sides about this. You're telling me that the state case was settled? It was settled in a preliminary approval motion for that settlement. Okay, so let me assume for the moment, and I'll give both sides who don't have the opportunity to address it, that that's true. Why are we worried, then, about a stay pending the end of the state court litigation? That's all the judge did. If both sides can agree that the state court litigation is over, then shouldn't the judge vacate the stay? Well, it's not over yet, Your Honor. It sounds like it will be over soon. I certainly hope so, as you know. So why are we all here worrying about these very difficult Colorado River issues and the merits of claims, et cetera, if, in fact, both sides can let us know that the state court proceeding for which this has been stayed is over? Why didn't anybody advise the court that this had happened? I apologize, Your Honor. That's a big deal. Yeah, and I apologize, Your Honor. It just happened very quickly. It just happened this week. But more importantly to me- Shouldn't we just delay submission of this case and see what happened? If the state court proceeding is dismissed pursuant to stipulation and it's over, all this district judge said was, I'm going to wait until the end of that state court proceeding. Well, if it's over, I think she'll be perfectly happy. It's not over, though, Your Honor. It's a class action. So a class action has to be approved by the court. So they have to preliminary approve it. Then notice has to go out. Then the court has to finally approve it. That process could take months. It could take years. Other class actions, that process has taken a long time. In that scenario, Your Honor, and, again, I've cited cases in my brief where courts have issued Colorado River stays pending class action settlements in state court. And the answer is because the plaintiffs at that point, as Judge noted, they can intervene or they can object in the settlement. But, look, and I don't blame anybody for not telling us, but it's an important fact. It's one thing for a federal judge to say, as I think your opponent's briefs say fairly accurately, we've got to wait years. We don't know what's going to happen in the state court litigation. We don't know what issues it's going to resolve. But if you're telling us that it's preliminarily resolved and we'll know at some point in time, relatively soon, what it does, then it seems to me we might well say to the district judge, okay, now that you know that's happened, can you make your stay only until this class action settlement is approved? There's all sorts of things that might occur to us if we had some accurate information about the status of the state court action.  No, well, what I'm guessing is should we remand to the district judge and ask both of you to bring that fact to his attention and see what he wants to do? We could do that, Your Honor. Are you telling me that ICC has been preliminarily settled? It has been. A settlement has been reached between the parties. Okay. But the court, the state court has not approved that settlement. That process hasn't even started yet. Okay. Yes. And your estimate is that that might take some time? That could take another DWP settlement I think took two years, Your Honor. I mean, it could take a long time, at which point I don't think it's fair, again, for this, for a federal court to have to decide the same issue. The extra information you've given us now is that a judgment on these issues in the federal court might conflict with a pending judgment in the state court as opposed to a pending lawsuit. I'm not sure the significance of that information, but it strikes me as something I would take into account if I were a district judge. Very possibly, Your Honor, yes. And if we vacate submission to see what happens in the state court settlement, that in effect continues to stay. Exactly, Your Honor, and that's why at the end of the day I think you end up in the same place, which is the state court case is going to have to be resolved, whether that is through the final settlement or whether the court rejects the settlement and then the case goes forward. But either way, once that state court case is resolved, then you're back. Then perhaps if they want to move forward, I don't even know, they may be happy with the settlement and accept it, or they're going to have to opt out, and then I suppose they're going to have a single claim on behalf of one person or three people for a retail case. Let me ask you a question that I think I know the answer to, but I'm not positive. All the class members in the state action are also class members in the federal action? Yes. Again, the state class action, the class is defined. So whatever relief, if they take it, becomes available in the state action will be available to everybody in this class? That's correct, Your Honor. In terms of assessing the significance of this potential settlement for the Colorado River analysis, isn't the district court in the best position to assess all the variables that you've talked about? How long this is going to take, for example, that's an important consideration. And they raised that issue. These are issues that were addressed by the district court in its order. They have raised concerns about, yes, they've raised a concern, but not in light of this new development. Not in light of the exact literal fact that the settlement was filed, but they were aware there was an all-day mediation that was disclosed. But I think their claim, and I think it's a reasonable one, is, look, you can't stay us indefinitely because this state litigation has been going on forever, and for all we know, it will continue to take forever. Now we have a fact that is pertinent to that argument. I agree with you to the extent. I disagree that this was always going to be some sort of indefinite stay, but to your point, yes, I agree with you that we certainly know at this point, again, assuming the court approves the settlement, which I cannot guarantee, but I certainly believe it should, then yes, you're correct. There is a finite period that this would end.  Thank you very much. Thank you, Your Honor. Well, Ms. Yangman, you may have a different take now in view of this settlement. Actually, I still believe that it should be vacated. The stay should be vacated because, first of all, the claims are not the same. The claims are different as to time and as to the type of damage it saw. The claims in the federal case go back to 2012. In the state case, because of the judgment, the order, the state court's judgment on the pleadings order, the statute of limitations in that case was deemed to be to run from 2016, I think April 15, 2016. That's a big discrepancy right there. Why are you not bound by the state law, state statute of limitations? Why are we not? Because it's a judgment made by the state court that is based on a statute that has never been, it's not clear that that is even, I don't think it would be raised judicata or collateral estoppel in this case, but it wasn't the statute that was applied by the state court. I don't believe this is the correct statute to limit the filing of cases in state court to 120 days after a new. Maybe the court was wrong, but, and I'm speculating here. But that then it takes. But we have a class action settlement. Let's assume it's approved. I assume as part of the settlement, all members of the class will release all claims against the Water District, its employees and assigns, et cetera, in return for whatever they get. And so, and since all those members, and since your classes coincide, won't your clients have, unless they opt out of the state court settlement, have released their claims? My impression, and I don't know for sure. We don't know this, but I'm just saying. Because they haven't seen anything yet, is that that is a case, that case is based on equitable concerns, equivalent to a 23B2 where there is no opt-out, there is no, not much in the way of notice. Well, let's assume it ends up being a binding settlement. And every settlement I've ever seen, both as a lawyer and as a judge, includes a release. And so if the plaintiffs in that case end up releasing their claims, and my guess is it's a very broad release, but I don't know, then what's left in your case? Well, if our case is not actually the same as, in any respect, as their claim, we go ahead on what we have, which are our 14th amendment. Hypothetically, and this is the reason it's so important to figure out what's happening. Hypothetically, what if the release says, as every release I've ever seen says, in return for the payment I'm going to get, I release any and all claims against the Water District arising out of the facts alleged in the state court complaint, which is to say that it's overcharging and revenue transfer at all times. Yeah, from this point forward, you know, till God death do us part. If that's what the release says, what's left in your case? Well, I don't believe that their release should apply to our case, obviously. Well, but there are people represented in that case who are also the same people you purport. You know, you haven't gotten class certification yet, but they're the people you would like to represent. If they make a reasoned decision in the case before to drop all their claims against the Water District, what are you left with? The good question is whether it would be a reasoned release, and I don't think it would be. And the other thing, too, is that one of the things that the district court basically said was that, you know, he was alluding to the fact that you'd get a decision in the state court as to the constitutionality of Proposition 26 applied to the case. Right, so he may well on remand say, okay, I don't need to stay this litigation anymore to wait for a decision, but I need to stay this litigation to see whether everybody in this class has already settled their claims. Well, I don't think there would be. The point is that that decision was critical to his decision, and it's now a different judge. So the judge was Judge King then. When you sat down before, I'd asked you to ponder a question, and I asked it to your opponent. If, in fact, somebody, forget whom for a second, says your state constitutional claims lack merit, in other words, the rates and the transfer were perfectly okay, don't all your other claims fail? They may, but that hasn't happened yet. No, that's why it's a hypothetical. I need to know your view on this. Don't all your other claims fail? Aren't all your other claims dependent on showing that what happened here violates the state constitution? Yes, that may be true, but. I'm not asking whether that may be true, and it may be of complete irrelevance. I just want to know your position on it. Is there anything in your claims that survives if what was done here complies with the state constitution? I would say the following. They've now admitted that the state court case in which the stay is based. Not the question I asked. And nothing in that case can resolve or have any bearing on any issue. I understand that. I asked to give you 15 minutes to think about this question, so I really need your answer. Actually, the defendants answered it, so I. They answered it, so do you agree with their answer? No, I do not. So you think that if, let's assume this goes back to the district court and the court says, because it's a matter of law, on summary judgment, I reject your state constitutional claim. You've got no state constitutional claim. What they did was perfectly okay under the state constitution. What other claims do you have that would survive that ruling? Well, first of all, that ruling would be appealed. Of course it would be appealed. Is it that you just don't want to answer my question? I don't have an answer. You can't answer it. But I will submit a Rule 28J. No, no, I don't want a Rule 28J on it. You can't answer that question. I'm not able to answer that question as I stand here right now. You know what your claims are. I do know. You made your claims. You've studied them. You've put them in a complaint. And you can't tell me today whether or not if your state constitutional claims fail, there will remain anything to the rest of your claims. It's not the state constitutional claims. My question is whether or not our claims fail as a result of the state constitutional claims. No, no. Forget any other action. Let's assume this is the only action in the world. Put aside the stay. You filed this case. There's no other case pending. The judge takes this case and he says, as a matter of summary judgment, I reject your state constitutional claims. Of course you would appeal that. My question is, wouldn't he also therefore follow that that same judge would reject all the rest of your claims? I can't speculate as what a district court judge would do. And you have no position on whether or not there's any independent basis for the rest of your claims except the state constitutional violation? I think there are. Tell me what it is. There's Section 1983 claims and there's a RICO claim. I know you've made those. This is an important point, so I really need you to focus on it for a second. Of course there's a 1983 claim. Of course there's a RICO claim. Let's assume that the judge in this case, after due consideration, says what they did was perfectly constitutional under the state constitution. They didn't violate the state constitution either in the rates that they charged or by the transfer. Do any of the rest of your claims then survive? I really can't answer that. Okay. You can't answer. That's fair. Counsel, can I just, just very quickly, in terms of the, we now are aware of these settlement discussions in the Act litigation. Wouldn't you acknowledge that potentially those developments could be helpful to you before the district court in arguing that the state should be lifted? I mean, if it's going to, if there, there's a real likelihood of a settlement which would not resolve the legal issue that you've raised, and it may take a very long time nevertheless to work it out, I mean, you would have some strong arguments as to why that state should be lifted. There's no, there's no promise of a state court deciding the state constitutional issue that you've raised. It may take a long time for that settlement process to work its way out, so you could, you'd have good arguments, would you not, as to why the state should be lifted? So isn't this, and it could cut the other way, as Judge Hurwitz has indicated, the releases could be very problematic for you. But this is a significant development that could have a significant effect on the appropriateness of the state. So why shouldn't we send it back to the district court to assess its ruling in light of what we've learned about the Eck litigation? Well, I think, first of all, even though you learned about it from today, it, it, nonetheless, the validity of the stay as of the date of its issuance, which was November 28th to 2016, and on which the notice of appeal was filed, was not based, and nothing else, nothing was based on anything that occurred after that date. So this is, it's, it's not in the record. It's something that they have now come up with, or, but they're, at the same time, they're saying, so it's something that should be decided by this court, and they are saying that it, and at this time, I think that's, that's my position, because it wasn't decided, it's not in the record. And, so, I, I... Do you have any more questions? Before you sit down, I, I want to thank you for your patience with my questions. Thank you, Your Honor. Thank you. The case of Abkarian versus Melvin Levine is submitted and will pass to the next question, next case.
judges: Lipez, Bea, Hurwitz